**No. 50248.**— Protest 42123–K of Illfelder Importing Co., Inc (Seattle).

Opinion by OLIVER, P. J. It was stipulated by counsel that the article involved is manufactured wholly or in chief value of celluloid. The testimony was to the effect that the celluloid articles were used almost entirely in the manufacture of badges for use at football games and that they were worn exclusively by adults. It was held that plaintiff had made out a *prima facie* case and that the evidence offered by defendant was insufficient to support the collector's classification that the articles were chiefly used for the amusement of children. Upon the record as made the items of merchandise in question were held dutiable at 60 percent under paragraph 31 (b) (2), as claimed.

BEFORE THE SECOND DIVISION, JUNE 13, 1945

**No. 50249.**—Protests 932315–G, etc., of Albert Eckstein & Co., Inc., et· al. (New York).

Opinion by TILSON, J. It was stipulated that certain items of the merchandise consist of racello hats similar in all material respects to those the subject of Abstract 47291, and that certain other items consist of hats of sisal hemp similar to those involved in *United States* v. *Schwab* (30 C. C. P. A. 72, C. A. D. 218), which records were admitted in evidence herein. In accordance therewith the items of merchandise in question were held dutiable as claimed.

**No. 50250.**—Protests 940905–G, etc., of Heinsheimer Bros., Inc., et al. (New York).

Opinion by TILSON, J. The record showed that certain items of the merchandise consist of hats of ramie and cellophane similar in all material respects to those the subject of Abstract 47291, which record was admitted in evidence herein. . In accordance therewith the items of merchandise in question were held dutiable as claimed.